Peter Strojnik
7847 North Central Ave.
Phoenix, Arizona 85020
602-524-6602
strojnikp@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION<br><br>　　　　　　　Defendant. | Case No.: 4:22-cv-07094-CRB<br><br>**NOTICE OF PRIOR AND SUPERIOR LIEN** |

　　　In order to avoid confusion, Plaintiff submits and gives notice of a prior and superior UCC continuation lien arising out Plaintiff's 2013 UCC divorce to secure his spousal maintenance obligations and arrearages.

　　　The prior and superior UCC continuation lien is appended as Exhibit 1.

　　　RESPECTFULLY SUBMITTED on November 29, 2022.

　　　　　　　　　　*Peter Strojnik*
　　　　　　　　　　Peter Strojnik
　　　　　　　　　　Pro Se

ECF filed this date.

/s/

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

2013-175-9296-5

**ARIZONA SECRETARY OF STATE**
**08/30/18 08:22**
**FILED**

A. NAME & PHONE OF CONTACT AT FILER (optional): Tanya C. Strojnik

B. E-MAIL CONTACT AT FILER (optional):

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Tanya C. Strojnik
7847 N. Central Ave
Phoenix, AZ 85020

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER: 2013-175-9296-5

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9

4. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE

6. CURRENT RECORD INFORMATION:
6b. INDIVIDUAL'S SURNAME: Strojnik
FIRST PERSONAL NAME: Peter

7. CHANGED OR ADDED INFORMATION:
MAILING ADDRESS: 2375 E. Camelback Rd. Suite 600
CITY: Phoenix
STATE: AZ
POSTAL CODE: 85016
COUNTRY: USA

8. ☒ COLLATERAL CHANGE: ☒ RESTATE covered collateral
All accounts receivable, income, moneys due and assets now or any time in the future (Marital Settlement Agreement and Amendments LaPaz County Superior Court #DO2013-00120)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:
INDIVIDUAL'S SURNAME: Strojnik
FIRST PERSONAL NAME: Tanya
ADDITIONAL NAME(S)/INITIAL(S): Cecilia

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

3