IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | Case No. 22-cv-07094-CRB<br><br>**JUDGMENT** |

For the reasons explained in the Court's order dismissing this case, <u>see</u> dkt. 28, judgment is hereby entered in favor of Defendant Starbucks Corporation and against Plaintiff Peter Strojnik.

**IT IS SO ORDERED.**

Dated: January 19, 2023

_____
CHARLES R. BREYER
United States District Judge